UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAVIA WAGNER,
    *Plaintiffs*,

v.                                                                   No. 6:23-cv-00358-RBD-EJK

IVT RIO PINAR PLAZA
ORLANDO, LLC,

    *Defendants*.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, TAVIA WAGNER, by and through the undersigned counsel, and Defendant, IVT RIO PINAR PLAZA ORLANDO, LLC, by and through the undersigned counsel, hereby notify the Court that the parties have reached a settlement of the Plaintiff's claim and are in the process of finalizing the appropriate settlement documents. Accordingly, the parties respectfully request the Court grant an additional thirty (30) days to finalize the settlement documents. Once the parties have fully executed the settlement documents, the Plaintiff will file a Motion to Dismiss with Prejudice as to all claims asserted in this action.

Dated: May 22, 2023.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF JOE QUICK, ESQ. | COLE, SCOTT & KISSANE, P.A. |
| Attorneys for the Plaintiff | Attorneys for the Defendant |
| 1224 S. Peninsula Drive #619 | 222 Lakeview Avenue, Ste 120 |
| Daytona Beach, FL 32118 | West Palm Beach, FL 33401 |
| E-mail: KMQuickesq@gmail.com | E-mail: rachel.beige@csklegal.com |
| Telephone: (386) 212-3591 | Telephone: (561) 383-9200 |
| | |
| By: s/ Joe M. Quick | By: s/ Rachel K. Beige |
|   JOE M. QUICK |   RACHEL K. BEIGE |
|   FBN: 0883794 |   FBN: 16366 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

By: s/ Rachel K. Beige
　　RACHEL K. BEIGE
　　Florida Bar No.: 16366